**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| KEVIN KOHUTE #156767, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:26-cv-312-JDK-JDL |
| | § | |
| TRADEMARK OFFICE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Kevin James Kohute, an inmate of the Smith County Jail proceeding pro se, filed this civil action in the United States District Court for the District of Nevada asserting civil rights violations under 42 U.S.C. § 1983. Docket No. 1. The case was referred to United States Magistrate Judge John D. Love for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On July 1, 2026, Judge Love issued a Report (Docket No. 6) recommending that Plaintiff's lawsuit be dismissed, without prejudice, because of the sanctions previously imposed by this Court. Further, consistent with the prohibition against Plaintiff proceeding *in forma pauperis*, the Court's previous warning about monetary sanctions, and the intent of the Prison Litigation Reform Act's requirement that inmates/prisoners must pay filing fees for their civil lawsuit, 28 U.S.C. 1915(b), the Judge Love recommended that the full $405 filing fee for this lawsuit be assessed against Plaintiff's inmate trust account. A copy of this Report was sent to Plaintiff at his address; to date, however, Plaintiff has not filed objections.

The Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Servs., LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, no objections have been filed. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.").

Having reviewed the Magistrate Judge's report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 6) as the findings of this Court. The Court will assess the $405.00 filing fee through Plaintiff's inmate account by separate order. It is therefore **ORDERED** that Plaintiff's lawsuit is **DISMISSED** without prejudice as barred by the sanctions previously imposed by this Court.

Any other motions which may be pending are **DENIED as moot**.

**So ordered and signed on this**
**Aug 5, 2026**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE